Anthony J. Drexel and others, Respondents, v. Joseph M. Pease and others, Appellants. — Judgment rendered in the plaintiff's favor affirmed, except as to the extra allowance,

which should be reduced to five per cent upon the recovery, and the appeal taken by the banks and the assignee dismissed, without costs. Opinion by Barrett, J.